IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| Dale Leo and Theresa Leo | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1-05-1130-T/AN |
| | ) | |
| WELD WHEEL INDUSTRIES, INC., WELD DISTRIBUTION, INC., and WELD RACING, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING PLAINTIFFS LEAVE TO AMEND COMPLAINT

Wherefore Plaintiffs, Dale and Theresa Leo, come before this Court, by and through counsel, requesting and order pursuant to Rule 15 of the Federal Rules of Civil Procedure for leave to amend their complaint as follows:

1. By adding an additional cause of action titled as follows:

   **COUNT V – PRODUCT LIABILITY – VIOLATION OF MAGNUSSON-MOSS WARRANTY ACT – 15 U.S.C.S. § 2301**

2. By adding an additional paragraph numbered 43, as follows:

   Paragraphs 1 though 42 are incorporated by reference.

3. By adding an additional paragraph numbered 44 as follows:

   By reason of the foregoing Plaintiff, Dale Leo, is entitled to recover his damages proximately resulting from Defendants' breach of implied warranties of merchantability, implied warranties of fitness for a particular purpose, and express warranties.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Plaintiffs shall be allowed to amend their complaint as stated.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 10/5/05



_S. Thomas Anderson_
JUDGE

DATE: October 03, 2005

**SUBMITTED FOR ENTRY:**

**WALDROP & HALL, P.A.**

Andrew V. Sellers (#019586)
Charles M. Purcell (#012461)
Attorneys for Plaintiffs, Dale Leo and Theresa Leo
106 S. Liberty Street
Post Office Box 726
Jackson, TN 38301
(731) 424-6211

w/ Permission
by Hall

Rusty Reviere
Jonathan Stewart
Rainey, Kizer, Reviere & Bell, PLC
209 East Main Street
P.O. Box 1147
Jackson, TN 38301

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 1:05-CV-01130 was distributed by fax, mail, or direct printing on October 5, 2005 to the parties listed.

---

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Andrew V. Sellers
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

Jonathan David Stewart
RAINEY KIZER BUTLER REVIERE & BELL
209 East Main Street
Jackson, TN 38302--114

Honorable James Todd
US DISTRICT COURT